Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of brass oval and oblong boxes, gongs, and finger bowls, and that they are similar in all material respects to those the subject of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstracts 23529, 24575, and 25667.   In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 46269.**—Protests 832577–G, etc., of Eric Wedemeyer (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstracts 39852 and 38549 the claim at 40 percent under paragraph 339 was sustained.

**No. 46270.**—Protest 23482–K of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 42350 the powder boxes in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 46271.**—Protest 805651–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the vases in question are chiefly used in the kitchen or household or on the table for utilitarian purposes they were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.   Abstracts 29991, 35047, and 45722 followed.

**No. 46272.**—Protest 2365–K of Quon Quon Co. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the vases in question are chiefly used in the kitchen or household or on the table for utilitarian purposes they were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.   Abstracts 29991, 35047, and 45722 followed.

**No. 46273.**—Protests 756446–G, etc., of Sprouse Reitz Co., Inc. (Portland, Oreg.).

Opinion by DALLINGER, J.   It was stipulated that the pencil sharpeners in question are similar in all material respects to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 46274.**—Protest 29952–K of Sprouse-Reitz Co. (San Francisco).